THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00816-RPM

MAUREEN CONNELLY,

    Plaintiff,

v.

GARFINKEL ENTERPRISES, LTD., and
GARFINKEL'S RESTAURANT AND BAR,

    Defendants.

_____

ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S NEGLIGENCE CLAIM
_____

Pursuant to the Stipulated Motion to Dismiss Without Prejudice Plaintiff's Negligence Claim Against Defendant Garfinkel Enterprises, LTD., d/b/a Garfinkel's Restaurant and Bar [16], filed August 13, 2013, it is

ORDERED that the motion is granted and plaintiff's claim of negligence against defendant Garfinkel Enterprises, LTD., d/b/a Garfinkel's Restaurant and Bar is dismissed without prejudice and each party to pay his or her or its own costs and attorney's fees.

Dated: September 3rd, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge