THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00816-RPM

MAUREEN CONNELLY,

    Plaintiff,

v.

GARFINKEL ENTERPRISES, LTD., and
GARFINKEL'S RESTAURANT AND BAR,

    Defendants.
_____

ORDER AMENDING SCHEDULING ORDER
_____

Upon review of the stipulated motion to amend the Scheduling Order [21], it is

ORDERED that the Scheduling Order is amended as follows:

    Discovery Cut-Off: May 2, 2014.
    Burden of Persuasion Expert Disclosures: March 24, 2014.
    Contradicting Expert Disclosures: April 24, 2014.

Dated: February 25th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge