THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00816-RPM

MAUREEN CONNELLY,

    Plaintiff,

v.

GARFINKEL ENTERPRISES, LTD., and
GARFINKEL'S RESTAURANT AND BAR,

    Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

Upon review of the Second Unopposed Motion to Amend Scheduling Order [23] filed March 24, 2014, it is

ORDERED that the Scheduling Order is amended as follows:

1. The deadline is extended to and including May 1, 2014, for plaintiff to submit her expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2) on the issues of liability.

2. The deadline is extended to and including May 16, 2014, for the defendant to submit expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2).

Dated: March 25th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge