THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00816-RPM

MAUREEN CONNELLY,

      Plaintiff,

v.

GARFINKEL ENTERPRISES, LTD., and
GARFINKEL'S RESTAURANT AND BAR,

      Defendants.

_____

ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER
_____

On April 21, 2014, the defendant filed a motion for a protective order seeking to prevent the deposition of Mitchell Garfinkel based on a generic claim of attorney-client privilege. The plaintiff filed her response on May 2, 2014. It is clear that the plaintiff seeks the testimony of Mitchell Garfinkel concerning factual information concerning this case and communications with Mr. Garfinkel. It is

ORDERED that the motion for protective order is denied.

Dated: May 5th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge