THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00816-RPM

MAUREEN CONNELLY,

    Plaintiff,

v.

GARFINKEL ENTERPRISES, LTD., and
GARFINKEL'S RESTAURANT AND BAR,

    Defendants.

_____

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

    Upon review of the third unopposed motion to amend scheduling order to allow additional time, to and including June 13, 2014, for the Defendant to submit expert witnesses, it is

    ORDERED that the motion is granted.

    Dated: May 15th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge