THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00816-RPM

MAUREEN CONNELLY,

    Plaintiff,

v.

GARFINKEL ENTERPRISES, LTD., and
GARFINKEL'S RESTAURANT AND BAR,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [43] filed December 4, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

    Dated: December 5th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge